# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  20-72749 (Cons. w/ 20-71765 (L) and 20-72734)

**Case Name**  League of California Cities et al. v. FCC, et al.

**Hearing Location** (*city*)  San Francisco

**Your Name**  Cheryl Leanza

List the sitting dates for the three sitting months you were asked to review:

July 10-14, July 17-21
August 14-18, August 21-25
September 11-15

Do you have an unresolvable conflict on any of the above dates?  ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 14-18
September 15

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**  s/ Cheryl Leanza   **Date** 3/31/2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                                                   *New 12/01/2018*