**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form32instructions.pdf](http://www.ca9.uscourts.gov/forms/form32instructions.pdf)

**9th Cir. Case Number(s)** | 20-72749 (Cons. w/ 20-71765 (L) and 20-72734)

**Case Name** | League of California Cities et al. v. FCC, et al.

Hearing Location (*city*) | San Francisco

Your Name | Cheryl Leanza

List the sitting dates for the three sitting months you were asked to review:

> July 10-14, July 17-21
> August 14-18, August 21-25
> September 11-15

Do you have an unresolvable conflict on any of the above dates? ⊙ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> August 14-18 - unavoidable travel
> September 15 - Rosh Hashana

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ⊙ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Cheryl Leanza **Date** | 3/31/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 32**                                                                 *New 12/01/2018*