# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** Case No. 20-71765 (L)

**Case Name** League of Cal. Cities, et al. v. FCC et al.

Hearing Location (*city*) San Francisco

Your Name Robert C. May III

List the sitting dates for the three sitting months you were asked to review:

July 10-14 and 17-21; August 14-18 and 21-25; September 11-15.

Do you have an unresolvable conflict on any of the above dates? ○ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

July 14, 2023, through July 17, 2023 (unavoidable travel)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Robert C. May III   **Date** 03/30/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32     *New 12/01/2018*